## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                        **Case No. 1:17-CR-71-4**
                                            **(Honorable Irene M. Keeley)**

**YOSAN PONS SOSA,**

      **Defendant.**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the defendant in the above-captioned case, Yosan Pons Sosa, by his counsel, Matthew S. Delligatti, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of the United States District Court entered on October 2, 2018. On appeal, Defendant Sosa will contend that the sentence was not reasonable under the factors of 18 U.S.C. §3553, and the Court's estimation of loss involved erroneous findings of fact and an improper application of the sentencing guidelines, particularly the application of §2B1.1, United States Sentencing Guidelines, and Application Note 3(F) to the calculation of loss.

The defendant, being without funds and previously having been deemed indigent under the provisions of the Criminal Justice Act, respectfully requests the appointment of counsel to prosecute this appeal.

Dated: October 16, 2018                         Respectfully submitted,

                                                              **YOSAN PONS SOSA**
                                                               Defendant,
                                                               By Counsel.

                                                               /s/Matthew S. Delligatti
                                                               Matthew S. Delligatti, Esq.

          Counsel for Defendant Yosan Pons Sosa
          WV   State Bar No. 11625
          Kettering Delligatti Law Offices, PLLC
          P.O. Box 942
          Fairmont, WV 26554
          Phone: (304) 363-0444
          Fax:    (304) 363-0443
          Email: matt.kdlaw@gmail.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                          **Case No. 1:17-CR-71-4
(Honorable Irene M. Keeley)**

**YOSAN PONS SOSA,**

        **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2018, I electronically filed the forgoing "*Notice of Appeal*" was electronically filed with the Clerk of the Court using the CM/ECF system, which will send the filing to the United States of America and all co-defendants' counsel.

                                                /s/Matthew S. Delligatti
                                                Matthew S. Delligatti, Esq.
                                                *Counsel for Defendant Yosan Pons Sosa*